UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

| ANNA LOUISE GRASMAN, | ORDER ON APPLICATION |
| Plaintiff | **TO PROCEED WITHOUT** |
| | **PREPAYMENT OF FEES** |

V.

| COMMISSIONER of SOCIAL SECURITY, | CASE NUMBER: | **1:21-cv-00651-BAM** |
| Defendant | | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and the complaint having been filed in this action;

IT IS ORDERED that the application is:

✘ GRANTED.

✘ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this ___20___ day of ___April___, ___2021___.

/s/ *Barbara A. McAuliffe*
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer