UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LOUISE GRASMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0651 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ANNA LOUISE GRASMAN AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Anna Louise Grasman and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on January 13, 2022.  (Doc. 21 at 1-2.)  Pursuant to the terms of the stipulation, the matter shall be remanded for an ALJ issue a new decision and "further evaluate the opinions of Plaintiff's treatment provider, Richard Thunder, M.D." (*Id*. at 1.)    In addition, the parties stipulated judgment shall be entered in favor of Plaintiff and against the Defendant, reversing the final decision of the Commissioner.  (*Id.* at 2.)

///

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security.  (*See* Doc. 1 at 1.)  The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant.  *See* Fed. R. Civ. P. 25(d).

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Anna Louise Grasman and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **January 19, 2022**

UNITED STATES DISTRICT JUDGE